RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL M. KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Jose Juan Palafox-Rodriguez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSE PALAFOX-RODRIGUEZ,<br><br>　　　　　Defendant. | 2:15-cr-046-HDM-PAL and<br>2:10-cr-383-HDM-PAL<br><br>ORDER GRANTING<br><br>**STIPULATION TO CONTINUE<br>SENTENCING DATE**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Robert Bork, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for defendant JOSE PALAFOX-RODRIGUEZ, that the sentencing hearing scheduled for Wednesday, July 22, 2015 at 3:15 p.m., be vacated and continued to a date and time convenient to the Court; however, in no event earlier then sixty (60) days.

This Stipulation is entered into for the following reasons:

1.　　　Counsel for the defendant needs the additional time to conduct her mitigation for sentencing purposes.

2.　　　Additional time is also needed because counsel for the defendant is scheduled for surgery on July 25, 2015. The recovery time will be approximately 2-4 weeks.

1       3.      The defendant is incarcerated and does not object to the continuance.

2       4.      The parties agree to the continuance.

3       5.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to complete her mitigation for sentencing purposes.

This is the first request to continue sentencing date filed herein.

DATED this 9th day of July, 2015.

RENE L.  VALLADARES                DANIEL BOGDEN
Federal Public Defender               United States of America


    */s/ Rachel Korenblat*                    */s/ Robert Bork*
By:_____        By:_____
RACHEL KORENBLAT                 ROBERT BORK
Assistant Federal Public Defender     Assistant United States Attorney
Counsel for Defendant                Counsel for the Plaintiff

1                               UNITED STATES DISTRICT COURT

2                                   DISTRICT OF NEVADA

|  |  |
|---|---|
| 3  UNITED STATES OF AMERICA, | 2:15-cr-046-HDM-PAL and |
| 4             Plaintiff, | 2:10-cr-383-HDM-PAL |
| 5  vs. |  |
| 6 |  |
| 7  JOSE PALAFOX-RODRIGUEZ, |  |
| 8             Defendant. |  |

9                                    **ORDER**

10      Based on the pending Stipulation of counsel, and good cause appearing,

11      IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for

12  Wednesday, July 22, 2015, be vacated and continued to ___10/6/15___ at the hour of _8:30 a_.m. at 3:15 pm

13  in LV Courtroom (tbd) before Judge Howard D. McKibben.   IT IS SO ORDERED.
DATED this __10th__ day of July, 2015.

14                         *Howard D McKibben*

15                      UNITED STATES DISTRICT JUDGE